In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate, etc., in the City of Yonkers, etc. Hill View Reservoir, Section No. 1, Parcel No. 4. David H. King, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Putnam, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Application of Union Free School District Number One of the Town of White Plains, Westchester County, N. Y., Appellant, to Acquire Title to Certain Lands, etc. Thomas Anderson, Respondent. — Order modified by disallowing the item of $256.75 for expenses incurred prior to commissioners' appointment, and as so modified affirmed, without costs of appeal. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Milton Kempner, Respondent, v. F. B. Haviland Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Vincent Mulcahy, an Infant, by Mary Mulcahy, His Guardian ad Litem, Respondent, v. Michael Purcell and Joseph Purcell, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the communication to the jury of the information that there was an insurance company behind the defendants was improper and prejudicial. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Albert Nussle, as Administrator, etc., of Emlie Nussle, Deceased, Respondent, v. Builders Trucking and Material Company, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Frederick Peterson, Appellant, v. Royal S. Lambertson and Carl F. Timm, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Santo Romano and Giuseppe Esposito, Appellants.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Frank Winter, alias Frank Smith, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Frederick R. Kotteman, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of